# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EMPOWER ENERGY SOLUTIONS INC.
D/B/A EMPOWER

                         Plaintiff

    v.

SOLAR WOLF ENERGY, INC. A/K/A SWE                  4:21-cv-40044-TSH

                         Defendant

## DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)

Defendant Solar Wolf Energy, Inc. having failed to plead or otherwise defend in this action and its default having been entered; Now, upon application of EMPOWER ENERGY SOLUTIONS INC. D/B/A EMPOWER and affidavits demonstrating that defendant owes plaintiff the sum of $180,250.60, that defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED, AND DECREED that plaintiff recover from defendant the principal amount of $180,250.60, plus any post-judgment interest as provided by law.

Note: The post judgment interest rate effective this date is __1.72__ %.

By the Court,
/s/ Timothy S. Hillman, USDJ

Dated: 4/5/22